UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAVIER HERNANDEZ LOPEZ,

                                    Petitioner,

v.

PAMELA BONDI, et al.,

                                    Respondents.

Case No.:  3:26-cv-0472-CAB-KSC

**ORDER DISMISSING PETITION WITH LEAVE TO AMEND**

On January 26, 2026, Petitioner Javier Hernandez Lopez filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition")].  Petitioner, who is currently detained by Immigration and Customs Enforcement ("ICE") at the Otay Mesa Detention Center in San Diego, California, contends ICE is unlawfully detaining him.  [*Id.* at 9–10].  However, the Petition must be dismissed with leave to amend because Petitioner did not name the proper respondent.

When a habeas petitioner challenges his present physical confinement, he must name as respondent the warden of the facility where the prisoner is held, not the Attorney General or some other supervisory official.  *Doe v. Garland*, 109 F.4th 1188, 1194–95 (9th Cir. 2024) (holding district court's exercise of jurisdiction erroneous where petitioner failed to name his immediate custodian as respondent to his petition); 28 U.S.C. § 2242.  Here, because Petitioner failed to name his immediate custodian—the warden or de facto warden

1

of Otay Mesa Detention Center—as respondent, the Court lacks jurisdiction over the Petition. Accordingly, the Petition will be **DISMISSED** with leave to amend.

If Petitioner wishes to reopen this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition shall name as the Respondent the person having immediate custody over Petitioner, namely the warden or de facto warden of the facility where he is detained.  Petitioner must identify his immediate custodian by name, not simply by title.  Moreover, Plaintiff's amended petition must be complete in itself without reference to his original pleading.  Defendants not named and any claim not re-alleged in the amended complaint will be considered waived.  *See* S.D. Cal. CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  January 29, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge