UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HERNANDEZ LOPEZ,<br><br>                            Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>                           Respondents. | Case No.: 3:26-cv-00472-CAB-KSC<br><br>**ORDER REQUIRING A BOND HEARING** |

      Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 3 ("Petition")], filed by Petitioner Javier Hernandez Lopez. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a) and the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). [Petition at 9–10.]

      Respondents' return to the Petition "acknowledge[s] that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 6 at 2.]

///

///

1       The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond
2 hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated
3 regulations by <u>**February 18, 2026**</u>.  Respondents are further **ORDERED** to update this
4 Court on the status of Petitioner's bond hearing by <u>**February 20, 2026**</u>.
5       It is **SO ORDERED**.
6 Dated: February 5, 2026

                                                Hon. Cathy Ann Bencivengo
                                                United States District Judge