UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HERNANDEZ LOPEZ,<br><br>                          Petitioner,<br><br>v.<br><br>PAMELA J. BONDI, et al.,<br><br>                       Respondents. | Case No.:  3:26-cv-00472-CAB-KSC<br><br>**ORDER CLOSING CASE** |

Petitioner Javier Hernandez Lopez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 3 ("Amended Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, [Doc. No. 6], this Court ordered a bond hearing under § 1226(a) and its associated regulations, [Doc. No. 7].  Petitioner subsequently received a bond hearing on February 9, 2026.  [Doc. No. 8.]

///
///
///
///
///
///

1

Petitioner has received the relief his Amended Petition requested.  <u>The Clerk of the Court shall close the case.</u>

It is **SO ORDERED**.

Dated:  March 24, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-00472-CAB-KSC